# UNITED STATES DISTRICT COURT
## District of Minnesota

Jared Sande,

                Plaintiff,

v.                                            Case Number: 17-cv-4386 WMW/BRT

Todd Axtell,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    the above matter is dismissed with prejudice and without costs or disbursements awarded

to any party.

Date: 5/13/2019                                                KATE M. FOGARTY, CLERK

                                                                         s/C. Kreuziger
                                                            (By)   C. Kreuziger, Deputy Clerk